# UNITED STATES OF AMERICA
## SOUTHERN DISTRICT OF FLORIDA
## MINUTES - SENTENCING

Case No. 21-20388-CR-KING          Date: March 9, 2022  Judge James Lawrence King
Defendant: **Adrian King**          Defense counsel: Scott B. Saul, Esq.
AUSA:   Kevin Gerarde for Michael Augustin      U.S. Probation: Ana Brzica

## JUDGMENT AND SENTENCE

|  | | YEARS | MONTHS | DAYS | TIME SERVED |
|---|---|---|---|---|---|
| Count | **I** | | **12** | | |
| | **II** | | **60** | | |
| | **III** | | **12** | | |

TOTAL SENTENCE: **72 MONTHS**
() Defendant given credit for time served
(**X**) CONCURRENT counts I and III (**X**) CONSECUTIVE count II
(**X**) Assessment $ 300.00
() Fine: (**X**) none imposed    -0-
() The court orders restitution
() Count remaining  dismissed _____
() Forfeiture Entered

## (X) SUPERVISED RELEASE
## () PROBATION

|  | | YEARS |
|---|---|---|
| Count | **I, II, III** | **3** |

() If deported, the defendant shall not re-enter the U.S. without permission of Attorney General
() Home confinement for a period of
(**X**) CONCURRENT each count ( ) CONSECUTIVE () Employment and Self Employment Restriction () Substance Abuse Treatment () Financial Disclosure (**X**) Permissible Search () Mental Health Treatment  () IRS Cooperation () Related Concerns Restrictions (**X**) Unpaid Fines, Costs and Restitution

## CUSTODY
() The defendant remanded to custody of the U.S. Marshal
( ) Defendant released on bond pending appeal
(**X**) The defendant shall surrender for service of sentence on: **Wednesday, May 11, 2022 @ 12:00 Noon**
(**X**) The court recommends:   Designation at FCI Miami, Florida, or as close to South Florida as possible
() The court recommends participation in a BOP drug/alcohol treatment program during term of incarceration.    *RIGHT TO AN APPEAL GIVEN OPEN COURT*
- The parties acknowledged and accepts Sentencing by Zoom Gov Meeting
- The Court Adopts and Affirm Magistrate's Report & Recommendation of Plea of Guilty and Adjudicate the defendant Guilty as to counts I, II, and III

Courtroom Deputy: Joyce M. Saunders
Court Reporter: Ilona Lupowitz